## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMERICAN ZURICH INSURANCE COMPANY, as subrogee of 4326 GEORGIA LLC,<br>1299 Zurich Way<br>Schaumburg, Illinois 60173,<br><br>       Plaintiff,<br><br>   v.<br><br>PHI GROUP LLC,<br>8000 Walker Mill Drive<br>Capitol Heights, Maryland 20743,<br><br>      Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION NO. 1:17-cv-474<br><br><br>JURY TRIAL DEMANDED |

## COMPLAINT

Plaintiff, American Zurich Insurance Company, as subrogee of 4326 Georgia LLC, by and through its attorneys, hereby states its Complaint against PHI Group LLC as follows:

## THE PARTIES

1.      Plaintiff, American Zurich Insurance Company ("Plaintiff"), is a corporation organized and existing under the laws of the state of New York with its principal place of business at 1299 Zurich Way, Schaumburg, Illinois 60173.

2.      Plaintiff at all times relevant hereto was authorized to issue insurance policies within the District of Columbia.

3.      Defendant, PHI Group LLC ("PHI Group"), is a corporation organized and existing under the laws of the State of Maryland with its principal place of business at 8000 Walker Mill Drive, Capitol Heights, Maryland 20743.

## JURISDICTION AND VENUE

4.      The jurisdiction of this Court is invoked pursuant to 28 U.S.C. §1332(a), as the matter in controversy, exclusive of interest and cost, exceeds the sum of Seventy Five Thousand Dollars ($75,000.00) and there is diversity of citizenship between the Plaintiff and the Defendant.

5.      Venue is proper in this judicial district as the facts giving rise to Plaintiff's causes of action occurred in this judicial district.

## FACTUAL ALLEGATIONS

6.      At all times material hereto, Plaintiff insured the property owned by 4326 Georgia LLC ("4326 Georgia LLC") located at 4326 Georgia Avenue, NW, Washington, D.C. ("the subject property").

7.      At all times material hereto PHI Group was in the business of the fabrication, assembly, sale, supply, construction and/or installation of plumbing units and systems, including piping and connections necessary for same.

8.      PHI Group was retained to fabricate, assemble, supply, construct, and install the plumbing units and systems including all necessary piping and connections at the subject property.

9.      At all times material hereto, PHI Group fabricated, assembled, supplied, constructed and installed plumbing units and systems, including all piping and connections necessary for same at the subject property.

10.     On June 22, 2016, during the course of the completion of the construction of the subject property, piping installed by PHI Group for the subject property failed shortly after the piping had been installed by PHI Group.

2

11.     The failure of the piping was caused by the actions and inactions of PHI Group and its employees and/or subcontractors acting on its behalf as a result of improper performance of their work which included, but was not limited to, the failure to properly connect, glue, strap, and/or seal piping on the upper floor of the subject property.

12.     As a result of the actions and inactions of PHI Group, the piping leaked and caused substantial water damage to and throughout the subject property, including damage to real property, personal property, and extra expenses and other consequential losses as a result of the disruption to ongoing construction related activities at the subject property.

13.     As a result of the aforesaid damages, 4326 Georgia LLC incurred significant costs and expenses related to the completion of necessary repairs caused by the water damage as well as costs and expenses related to delay in completion of the construction of the subject property.

14.     Plaintiff paid 4326 Georgia LLC for the costs and expenses incurred by 4326 Georgia LLC pursuant to the policy of insurance issued by Plaintiff to 4326 Georgia LLC.  As a result, Plaintiff is subrogated to all of the rights and remedies that 4326 Georgia LLC has against PHI Group to the extent of these payments.

## COUNT I – NEGLIGENCE

15.     Plaintiff incorporates by reference each and every paragraph set forth above as if fully recited herein.

16.     The damage to the subject property was a direct and proximate result of the negligence, gross negligence, carelessness, acts and failures to act on the part of PHI Group and its employees, subcontractors, or others acting on its behalf and within the course and scope of their employment and direction, and included, but is not limited to, the following:

A.     The failure to properly perform the work at the subject property;

B.     The failure to hire and employ competent employees;

3

C.    The failure to hire and employ competent subcontractors;

D.    The failure to properly supervise and train its employees in the performance and completion of the plumbing work at the subject property;

E.    The failure to properly supervise and train its subcontractors in the performance and completion of the plumbing work at the subject property;

F.    The failure to warn 4326 Georgia LLC of the dangerous and hazardous condition created by its improper work at the subject property;

G.    The use of improper equipment in the performance of its work at the subject property;

H.    The use of improper materials in the performance of its work at the subject property;

I.    The failure to properly and adequately connect the piping for the plumbing equipment at the subject property;

J.    The failure to properly and adequately secure the piping for the plumbing equipment at the subject property;

K.    The failure to properly and adequately seal the piping for the plumbing equipment at the subject property;

L.    The failure to properly and adequately support the piping for the plumbing equipment at the subject property

M.    The failure to identify and address improperly installed piping and connections for the plumbing systems and equipment at the subject property so as to prevent leakage from the piping;

N.    The failure to warn 4326 Georgia LLC of the dangerous condition at the subject property after it completed its work;

O.    The failure to take all necessary and reasonable precautions and actions to minimize the risk of damage to the subject property; and

P.    The failure to otherwise exercise reasonable care under the circumstances.

17.    4326 Georgia LLC sustained significant damage as a direct and proximate result of the foregoing acts and omissions of PHI Group.

18.    4326 Georgia LLC submitted a claim to Plaintiff for the damage to its real and personal property.

4

19.     Plaintiff paid 4326 Georgia LLC for the damage it sustained at the subject property pursuant to the policy of insurance issued by Plaintiff to 4326 Georgia LLC.

20.     Plaintiff is subrogated to all of the rights and remedies of 4326 Georgia LLC to the extent of the payments made to 4326 Georgia LLC as a result of the damages at the subject property.

WHEREFORE, Plaintiff American Zurich Insurance Company, as subrogee of 4326 Georgia LLC, demands judgment against Defendant, PHI Group LLC, in an amount of not less than $747,086.83, according to the proof of damages at trial, together with interest and costs of this action and such other and further relief as the Court deems just and proper.

## COUNT II - BREACH OF CONTRACT

21.     Plaintiff incorporates by reference each and every paragraph set forth above as if fully recited herein.

22.     For good and valuable consideration, PHI Group entered into a contract for the completion of the plumbing work for the subject property, including completion of all work necessary for the installation of piping for the plumbing systems and equipment at the subject property.

23.     The contract required PHI Group to complete its work in a good and workmanlike manner and in accordance with standard practices in the industry.

24.     PHI Group breached its contract by the failure to properly perform its work at the subject property in a good and workmanlike manner and in accordance with industry standards.

25.     The conduct, actions and inactions of PHI Group, which breached its contract, included, but was not limited to, the following:

A.     The failure to properly perform the work at the subject property;

5

B.    The failure to hire and employ competent employees;

C.    The failure to hire and employ competent subcontractors;

D.    The failure to properly supervise and train its employees in the performance and completion of the plumbing work at the subject property;

E.    The failure to properly supervise and train its subcontractors in the performance and completion of the plumbing work at the subject property;

F.    The failure to warn 4326 Georgia LLC of the dangerous and hazardous condition created by its improper work at the subject property;

G.    The use of improper equipment in the performance of its work at the subject property;

H.    The use of improper materials in the performance of its work at the subject property;

I.    The failure to properly and adequately connect the piping for the plumbing equipment at the subject property;

J.    The failure to properly and adequately secure the piping for the plumbing equipment at the subject property;

K.    The failure to properly and adequately seal the piping for the plumbing equipment at the subject property;

L.    The failure to properly and adequately support the piping for the plumbing equipment at the subject property;

M.    The failure to identify and address improperly installed piping and connections for the plumbing systems and equipment at the subject property so as to prevent leakage from the piping;

N.    The failure to warn 4326 Georgia LLC of the dangerous condition at the subject property after it completed its work;

O.    The failure to take all necessary and reasonable precautions and actions to minimize the risk of damage to the subject property; and

P.    The failure to otherwise exercise reasonable care under the circumstances.

26.    4326 Georgia LLC sustained substantial damage as a direct and proximate result of the foregoing breaches of contract by PHI Group.

27.     4326 Georgia LLC submitted a claim to Plaintiff for the damage to its real and personal property.

28.     Plaintiff paid 4326 Georgia LLC for the damage it sustained at the subject property pursuant to the policy of insurance issued by Plaintiff to 4326 Georgia LLC.

29.     Plaintiff is subrogated to all of the rights and remedies of 4326 Georgia LLC to the extent of the payments made to 4326 Georgia LLC as a result of the damages at the subject property.

WHEREFORE, Plaintiff American Zurich Insurance Company, as subrogee of 4326 Georgia LLC, demands judgment against Defendant, PHI Group LLC, in an amount of not less than $747,086.83, according to the proof of damages at trial, together with interest and costs of this action and such other and further relief as the Court deems just and proper.

## COUNT III
## BREACH OF EXPRESS AND IMPLIED WARRANTIES

30.     Plaintiff incorporates by reference each and every paragraph set forth above as if fully recited herein.

31.     PHI Group expressly and impliedly warranted that its work at the subject property would be completed in a good, safe and workmanlike manner, and in accordance with all applicable rules, regulations, ordinances, codes, statutes and industry standards.

32.     PHI Group breached its express and implied warranties by its failure to complete its work at the subject property in a good, safe and workmanlike manner, and in accordance with all applicable rules, regulations, ordinances, codes, statutes and industry standards.

33.     4326 Georgia LLC sustained substantial damage as a direct and proximate result of the breaches of express and implied warranties by Defendant PHI Group.

34.     4326 Georgia LLC submitted a claim to Plaintiff for the damage to its real and personal property.

35.     Plaintiff paid 4326 Georgia LLC for the damage it sustained at the subject property pursuant to the policy of insurance issued by Plaintiff to 4326 Georgia LLC.

36.     Plaintiff is subrogated to all of the rights and remedies of 4326 Georgia LLC to the extent of the payments made to 4326 Georgia LLC as a result of the damages at the subject property.

WHEREFORE, Plaintiff American Zurich Insurance Company, as subrogee of 4326 Georgia LLC, demands judgment against Defendant, PHI Group LLC, in an amount of not less than $747,086.83, according to the proof of damages at trial, together with interest and costs of this action and such other and further relief as the Court deems just and proper.

## PRAYER FOR RELIEF

Plaintiff, American Zurich Insurance Company, as subrogee of 4326 Georgia, LLC, hereby requests judgment against Defendant PHI Group LLC, as follows:

1.     That the Defendant be held liable to Plaintiff and that judgment be entered against the Defendant accordingly;

2.     That Plaintiff be awarded all damages as a result of the actions and inactions of the Defendant, including damages for the cost of repair of real property, repair of personal property, remediation and repair of real and personal property, extra expenses, and other consequential losses according to proof of same at trial;

3.     That Plaintiff be awarded all interest and cost to which it is entitled at law, including all pre-judgment and post-judgment interest; and

4.     Such other and further relief as the Court deems just and proper.

8

Dated: March 15, 2017

                                          _/s/_ Chad E. Kurtz
                                          Chad E. Kurtz (DC Bar No. 1016934)
COZEN O'CONNOR, P.C.
1200 Nineteenth Street NW, Suite 300
Washington, DC 20036
Tel: (202) 463-2521
Fax: (202) 640-5939
ckurtz@cozen.com

Daniel C. Theveny
(*Pro Hac Vice to be Filed*)
COZEN O'CONNOR, P.C.
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Tel: (215) 665-4194
Fax: (866) 240-3638
dtheveny@cozen.com